AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>32 Jack Rabbit Hill Road<br>Penasco, NM  87553 | )<br>)<br>)   Case No.  **23 MR 153**<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

32 Jack Rabbit Road, Penasco, NM  87553

located in the _____ District of _____ New Mexico _____ , there is now concealed *(identify the person or describe the property to be seized)*:

the body of John Doe; instruments of or evidence of the crime

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1111 | Murder |
| 18 USC 1153 | Offenses committed within Indian Country |

The application is based on these facts:
see attached probable cause statement

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Maryanna Manchee, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____
*(specify reliable electronic means)*.

Date:  01/11/2023

City and state:  Albuquerque, New Mexico

telephonically approved
*Judge's signature*

Judge John F. Robbenhaar
*Printed name and title*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| In the Matter of the Search of | ) | Case No. |
| | ) | |
| 32 Jack Rabbit Hill Road | ) | |
| Penasco, NM  87553 | ) | |

## PROBABLE CAUSE STATEMENT FOR SEARCH WARRANT

Maryanna Manchee, a Special Agent of the Federal Bureau of Investigation, Albuquerque Division, being duly sworn, deposes and states as follows:

1. I am a Special Agent of the Federal Bureau of Investigation and have been trained to investigate crimes on Indian Country.

2. On January 10th, 2023, E.S., stepsister of John Doe, called the Bureau of Indian Affairs (BIA) for a welfare check on her brother. On January 11, 2023, BIA attempted contact with John Doe at 32 Jack Rabbit Hill Road, Penasco, NM 87553. BIA was unable to get a response at the residence.

3. The Picuris Governor asked John Doe's stepsister, N.A., to try and locate John Doe. N.A. went to the residence at 32 Jack Rabbit Hill Road and knocked on her brother Byron's window. Byron Sanchez is the stepbrother of John Doe. Byron Sanchez and John Doe have lived in the residence at 32 Jack Rabbit Hill Road since approximately 2012 or 2013.

4. Byron opened the front door for N.A. and let her in the residence. N.A. told Byron that BIA was looking for John Doe and he should let them in to make sure John Doe was not there.

5. Byron did not speak, but held up his arm and motioned for her to go to John Doe's room.

6. N.A. opened the door to John Doe's room and immediately noticed a terrible stench. She saw a body on the floor wrapped in a sleeping bag, with feet sticking out.

7. N.A. closed the door and asked Byron what happened and what did he do.

8. Byron did not say anything, but opened the door and motioned for the BIA officer to enter the residence. He then turned his back to the officer and put his hands behind his back, as if to allow the officer to handcuff him.

9. N.A. last saw John Doe on Christmas Day in Picuris Pueblo.

10. John Doe is a registered member of Cochiti Pueblo.

11. Byron Sanchez is a registered member of Picuris Pueblo.

12. The location where John Doe was found was within the exterior boundaries of the Picuris Pueblo in the District of New Mexico.

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In the Matter of the Search of:

No. 23 MR 153

32 Jackrabbit Hill Road, Peñasco,
New Mexico 87553

TELEPHONIC APPLICATION FOR SEARCH WARRANT
January 11, 2023

PARTIES APPEARING TELEPHONICALLY:

    Honorable John F. Robbenhaar
    United States Magistrate Judge

    FBI Special Agent Maryanna Manchee

Case 1:23-mr-00153-JFR   Document 1   Filed 01/11/23   Page 5 of 10

Page 2

No. 23 MR 153                                                                 Oral Search Warrant
In the Matter of the Search of: 32 Jackrabbit Hill Road, Peñasco, New Mexico, New Mexico 87553                                January 11, 2023

1    AGENT MANCHEE:  Okay.  We are recording.

2    JUDGE ROBBENHAAR:  All right.  This is

3 Judge Robbenhaar.  It is January the 11th, 2023.  The

4 time is 9:33 p.m.  On the telephone with Special Agent

5 Manchee of the Federal Bureau of Investigation.

6    And Agent Manchee has called me requesting an

7 oral search warrant.  I'm now going to swear

8 Agent Manchee and ask her to provide a probable cause

9 statement.

10    So, Agent Manchee, before you start, let me

11 let you know that I will be placing you under oath and

12 ask that you provide a statement that's true and

13 accurate to the best of your knowledge.

14    So, Agent Manchee, would you please raise your

15 right hand, please?

16    AGENT MANCHEE:  Yes.

17    JUDGE ROBBENHAAR:  Do you swear and affirm

18 that the following probable cause statement that you're

19 about to provide is true and correct to the best of your

20 knowledge?

21    AGENT MANCHEE:  Yes, I do.

22    JUDGE ROBBENHAAR:  All right.  Please go ahead

23 and inform the Court what -- the probable cause

24 statement that you have and the basis behind your

25 request for an oral search warrant.

1    AGENT MANCHEE: Thank you.

2    I, Maryanna Manchee, special agent of the FBI

3 and trained to investigate crimes on Indian Country,

4 being first duly sworn, hereby depose and state as

5 follows:

6    On January 10th, 2023, E.S., step-sister of

7 John Doe, called the Bureau of Indian Affairs for a

8 welfare check on her brother.

9    On January 11th, 2023, BIA attempted contact

10 with John Doe at 32 Jackrabbit Hill Road, Peñasco,

11 New Mexico 87553.  BIA was unable to get a response at

12 the residence.

13    The Picuris governor asked John Doe's

14 step-sister N.A. to try and locate John Doe.  N.A. went

15 to the residence at 32 Jackrabbit Hill Road and knocked

16 on her brother Byron's window.

17    Byron Sanchez is the step-brother of John Doe.

18 Byron and John Doe have lived in the residence at

19 32 Jackrabbit Hill Road since approximately 2012 or

20 2013.

21    Byron opened the front door for N.A. and let

22 her in the residence.  N.A. told Byron that BIA was

23 looking for John Doe, and he should let them in to make

24 sure John Doe wasn't there.

25    Byron didn't speak, but held his arm up and

Case 1:23-mr-00153-JFR   Document 1   Filed 01/11/23   Page 7 of 10

Page 4

No. 23 MR 153                                                                                                        Oral Search Warrant
In the Matter of the Search of: 32 Jackrabbit Hill Road, Peñasco, New Mexico, New Mexico 87553                       January 11, 2023

1  motioned for N.A. to go to John Doe's room.  N.A. opened

2  the door to John Doe's room and immediately noticed a

3  terrible stench.  She saw a body on the floor wrapped in

4  a sleeping bag with feet sticking out.

5          N.A. closed the door and asked Byron what

6  happened and what did he do.

7          Byron didn't say anything, but opened the door

8  of the residence and motioned for the BIA officer to

9  enter the residence.  He then turned his back to the

10 officer and put his hands behind his back as if to allow

11 the officer to handcuff him.

12         N.A. last saw John Doe on Christmas Day in

13 Picuris Pueblo.

14         John Doe is a registered member of

15 Cochiti Pueblo.  Byron Sanchez is a registered member of

16 Picuris Pueblo.  The location where John Doe was found

17 was within the exterior boundaries of the Picuris Pueblo

18 in the District of New Mexico.

19         JUDGE ROBBENHAAR:  All right.  Thank you,

20 Agent Manchee.

21         Let me just pull up -- so based on your

22 statement, I do find that there is probable cause to

23 support a search of the residence at the listed address.

24         I authorize you to execute this warrant

25 immediately on today's date, January the 11th of 2023.

Case 1:23-mr-00153-JFR   Document 1   Filed 01/11/23   Page 8 of 10

Page 5
No. 23 MR 153                                                                                Oral Search Warrant
In the Matter of the Search of: 32 Jackrabbit Hill Road, Peñasco, New Mexico, New Mexico 87553                              January 11, 2023

1    You should note on your copy of the AO 93(a)
2    form that I have telephonically approved the warrant and
3    that I did so from Albuquerque, New Mexico.
4            AGENT MANCHEE:  Thank you, sir.
5            JUDGE ROBBENHAAR:  I authorize you -- and,
6    specifically, Agent Manchee, as reflected in the AO 93,
7    I authorize law enforcement to enter the residence to
8    seize the body of John Doe and any instruments or
9    evidence of a crime that are obvious to the agents.
10           Is there anything else that you would like to
11   seek authorization to seize?
12           AGENT MANCHEE:  Not at this time, sir.
13           JUDGE ROBBENHAAR:  All right.  All right.  I
14   do believe that covers our probable cause statement.
15           I'll have you preserve this recording and take
16   appropriate steps to make sure it's transcribed to
17   get -- gotten back to the Court as soon as possible.
18           Normally, you would leave a copy of the
19   AO 93(a) at the scene.  I'm not sure if you can do so
20   under the circumstances.  But if it's not possible to
21   leave a physical copy of the warrant, then I will
22   require you to get a physical copy of the warrant to the
23   residence as soon as practicable -- possibly tomorrow,
24   if that's possible.  It may not be, but as soon as you
25   can.

Case 1:23-mr-00153-JFR   Document 1   Filed 01/11/23   Page 9 of 10

Page 6

No. 23 MR 153
In the Matter of the Search of: 32 Jackrabbit Hill Road, Peñasco, New Mexico, New Mexico 87553

Oral Search Warrant
January 11, 2023

1  AGENT MANCHEE:  Okay.  We will do that, sir.

2  JUDGE ROBBENHAAR:  All right.  Okay.

3  Do you have any questions or comments before

4 we go off recording?

5  AGENT MANCHEE:  I do not.  Thank you.

6  JUDGE ROBBENHAAR:  All right.  You can stop

7 the recording.

8  [End of call.]

Case 1:23-mr-00153-JFR   Document 1   Filed 01/11/23   Page 10 of 10

Page 7

No. 23 MR 153
In the Matter of the Search of: 32 Jackrabbit Hill Road, Peñasco, New Mexico, New Mexico 87553

Oral Search Warrant
January 11, 2023

1    REPORTER'S CERTIFICATE

2    I, Jenifer L. Russin, CCR #182, a Certified

3    Court Reporter, do hereby certify that the proceedings

4    of the above-entitled cause were transcribed by me

5    stenographically, and that the within transcript is a

6    true and accurate transcription of my shorthand notes.

7        I FURTHER CERTIFY that I am neither an attorney

8    nor counsel for, nor related to or employed by any of

9    the parties to the action, and that I am not a relative

10   or employee of any attorney or counsel employed by the

11   parties hereto, or financially interested in the action.

14   *[signature]*

15   Jenifer L. Russin, RDR, CRR
     Certified Court Reporter #182
16   License Expires:  12/31/2023